UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFONSO ARIAS GARCIA,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ, et al.,<br>Respondents. | No. 1:26-cv-08639 DC SCR<br><br>**MINUTE ORDER** |

Petitioner, an immigration detainee who is proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636. It appears from the Docket that Petitioner has not paid the required filing fee or submitted an application to proceed in forma pauperis. Petitioner shall do so as soon as practicable.

Respondents are directed to file an answer/return within seven (7) days from the date of this order.[1] See 28 U.S.C. § 2243. Respondents shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application. Petitioner may file a reply/traverse within three (3) days of Respondent's answer/return. Absent a further order of the court, the petition will be taken under submission after the filing of the reply/traverse.

In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action"). This order does not prohibit the temporary transfer of Petitioner outside of the District for urgent medical care, though Petitioner shall be returned to the District upon the conclusion of such care. As soon as practicable, Respondents shall notify the Court of any such medical transfer.

[1] This order supersedes the scheduling order issued by the Western District of Washington on October 8, 2026, prior to the transfer of the action to this judicial district. ECF No. 2.

In the event Petitioner obtains an immigration bond and it is paid resulting in release, Petitioner's counsel shall inform the court as expeditiously as possible in order to conserve its limited judicial resources. For the same reason, Respondents shall inform the court as expeditiously as possible in the event a travel document is obtained for Petitioner that will result in Petitioner's imminent removal from this country. Either party shall update the court by filing a Notice of Changed Circumstances that informs the court of the particular circumstances that have changed.

IT IS SO ORDERED.